Sam J. TOWSON v. Robert W. GROVES, H. G. Strachan, John Morel, F. D. M. Strachan, Jr., E. S. Trosdal, Jr., Robert W. Groves, Jr., Individually and Trading as South Atlantic Steamship Line, Appellants.

No. 9764.

United States Court of Appeals
Third Circuit.

Argued April 4, 1949.

Decided April 11, 1949.

Joseph W. Henderson, of Philadelphia, Pa. (Rawle & Henderson, Harrison G. Kildare, and Thomas F. Mount, all of Philadelphia, Pa., on the brief), for appellants.

Martin J. Vigderman, of Philadelphia, Pa. (Freedman, Landy & Lorry, of Philadelphia, Pa., on the brief), for appellee.

Before MARIS, GOODRICH, and KALODNER, Circuit Judges.

PER CURIAM.

Our examination of the record in this case in the light of the appellants' argument fails to disclose error. On the contrary the issues raised by the pleadings and evidence were properly submitted to the jury by the charge of the trial judge and the answers to the interrogatories and the general verdict of the jury were supported by substantial evidence. No useful purpose would be served by a detailed discussion of the case.

Accordingly the judgment of the district court will be affirmed.

STATE OF TENNESSEE, Appellant, v. UNITED STATES of America, Appellee.

No. 10871.

United States Court of Appeals
Sixth Circuit.

April 21, 1949.

Roy H. Beeler, Trabue & Sturdivant, Nashville, Tenn., for appellant.

Ward Hudgins, Nashville, Tenn., for appellee.

Before HICKS, Chief Judge, and ALLEN and McALLISTER, Circuit Judges.

PER CURIAM.

Pursuant to motion of appellee, it is ordered that this appeal be and the same is dismissed, with leave to appellant to reinstate for good cause shown.